```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/23/20_____

20-CR-199 (KMW)

-against-

**ORDER**

JULIO ALVARADO,

Defendant.

-----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

By letter dated March 19, 2020, defendant Alvarado has requested a bail hearing, arguing that he is an "at risk" detainee and risks exposure to COVID-19 while incarcerated.

The Court refers the bail hearing to Magistrate's Court.

SO ORDERED.

Dated: New York, New York
      March 23, 2020

                                              /s/ Kimba M. Wood /
                                           KIMBA M. WOOD
                                      United States District Judge