RUDY VELEZ
ATTORNEY AT LAW

_____

930 GRAND CONCOURSE, SUITE 1A                    Tel (917)674-0573
BRONX, NEW YORK 10451                            revesq@yahoo.com

                                                 April 13, 2020

Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                              Re: Julio Alvarado 20-cr-00199-kmw
                                  Modification of Residence

Dear Judge Cave:

I represent Mr. Alvarado who was recently released from MCC jail last week due to the Covid-19 outbreak.  At the time of his released his daughter secured a room in an apartment for Mr. Alvarado to live.  But it turns out the initial residence is only a room with no functioning kitchen or refrigerator for storage.  Due to the stay at home pandemic and home confinement as per the Court's condition of release, Mr. Alvarado has moved to a new apartment where he can abide by the Court's conditions of release.  He can also provide for himself food to cook and store, while not leaving his apartment.

Mr. Alvarado requests the Court allow this modification of residence due to the pubic health crisis known as the Covid-19 pandemic.  I have spoken to pretrial services and they do not object.

The original proposed residence was 1252 West Farms Road, Bronx, NY 10459.  The new address is 1287 Union Ave., apartment #3, Bronx, NY 10459.

Thank you for your attention to this matter.

                              Very truly yours,

                              _____
                              Rudy Velez
                              Attorney for Julio Alvarado

Cc: Bernisa Mejia
Intensive Supervision Specialist
United States Pretrial Services
A.U.S.A. Kedar Sanjay Bhatia

                    Application to change address granted.
                    SO ORDERED

                    _____      4/14/2020
                    United States Magistrate Judge