UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

JULIO ALVARADO,

              Defendant.
------------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

    Jury selection in the above-captioned case, currently scheduled for Monday, September 12, 2022, is moved to Wednesday, September 14, 2022 at 9:00 a.m.

    SO ORDERED.

Dated: New York, New York
         August 4, 2022

                                      /s/ Kimba M. Wood
                                      KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/22