UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/22

    -against

JULIO ALVARADO,

                   Defendant.
------------------------------------------------------------------x

**ORDER**
20 CR 199 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing currently scheduled for January 5, 2023, is adjourned to Wednesday, January 25, 2023, at 10:30 a.m.

    SO ORDERED.

Dated: New York, New York
       December 7, 2022

                                      KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE