

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 22, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  September 22, 2023
```

**BY CM/ECF**
The Hon. Kimba P. Wood
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Julio Alvarado et al.*, 20 Cr. 199 (KMW)

Dear Judge Wood:

    The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:   /s/ Kedar S. Bhatia
    Kedar S. Bhatia
    Assistant United States Attorney
    212-637-2465

**Request to terminate the appearance of the undersigned counsel is GRANTED.**

**SO ORDERED.**

**Dated: New York, New York**
**September 22, 2023**

*/s/ Kimba M. Wood*
**Kimba M. Wood**
**United States District Judge**